**ABLOWICH et al. v. STURSBERG et al.**

(Circuit Court of Appeals, Second Circuit. January 22, 1901.)

No. 48.

BANKRUPTCY—REFUSAL OF DISCHARGE.

 Bankrupts, having concealed or destroyed their books of account, to thwart investigation into their financial condition, are properly denied their discharge.

Appeal from the District Court of the United States for the Southern District of New York.

Arthur Furber, for appellants.

A. I. Elkus, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The evidence in the record satisfactorily denotes that the bankrupts had their books of account in their possession or under their control at the time of the preparation of the schedules annexed to their petition of bankruptcy, and that they have concealed or destroyed them for the purpose of thwarting an investigation into their financial condition. The order denying their petition for a discharge was consequently justified. Order affirmed, with costs.